UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPH KELLY DINGLER, (#00149118), | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:19-CV-2737-G (BN) |
| SOUTHERN HEALTH PARTNERS, ET AL., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation that plaintiff Joseph Kelly Dingler's request for a temporary restraining order ("TRO") be denied (docket entry 4) (the "FCR"). After entry of the FCR, plaintiff moved to amend his TRO (docket entry 5). He then filed objections to the FCR (docket entry 6). The district court reviewed *de novo* those portions of the proposed FCR to which objection was made, and reviewed the remaining FCR for plain error. Finding no error, the court **ACCEPTS** the FCR and therefore **DENIES** plaintiff's initial request for a temporary restraining order (docket entry 2). Having carefully considered the plaintiff's motion to amend (docket entry 5), the court concludes that the motion does not cure the defects in the plaintiff's initial request for a temporary restraining order that the Magistrate Judge outlined in the FCR.

Accordingly, the court further **DENIES** the plaintiff's motion to amend (docket entry 5).

    **SO ORDERED**.

December 10, 2019.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**